# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Terry Rud, ) | Civil Action No. 4:20-cv-3280-TMC |
| )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Andrew Saul, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Terry Rud brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Social Security Commissioner denying her claim for disability insurance benefits under the Social Security Act. (ECF No. 1). This matter is before the court on the Commissioner's motion, pursuant to sentence four of 42 U.S.C. § 405(g), for entry of judgment and an order reversing the decision of the agency and remanding the case to further evaluate Plaintiff's claims, offer Plaintiff an opportunity for a hearing, take any necessary action to complete the administrative record, and issue a new decision. (ECF No. 14). Plaintiff consents to the Commissioner's motion. *Id*.

Accordingly, the court **GRANTS** the motion to remand (ECF No. 14). The Commissioner's decision is **REVERSED**, pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further administrative proceedings.[1]

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

June 7, 2021
Anderson, South Carolina

---

[1] The clerk of the Court will enter a separate final judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.